UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 7, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00410-MCE |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| ARTHUR ARSHAKYAN, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ARTHUR ARSHARKYAN. Case No. 2:12-cr-00410-MCE Charge 18 USC § 1344 from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $ _____

_X_ Unsecured Appearance Bond $  25,000

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_X_ (Other): Pretrial Release conditions as stated on the record in open court.

Issued at Sacramento, California on January 7, 2014 at 2:00 PM

By: *[signature]*

Magistrate Judge Dale A. Drozd